# EXHIBIT A

9/23/2015 10:23 PM FROM: SLEA 630-942-2677 College of DuPage TO: 91 847 635-1899 PAGE: 001 OF 001



# Suburban Law Enforcement Academy
## Training Information
### SLEA: Where Education Encourages Opportunity





SLEA'S NEW HOME AT THE HOMELAND SECURITY TRAINING INSTITUTE

## Problem Employees and the Games They Play
### November 17, 2015
College of DuPage/Homeland Security Training Institute
425 Fawell Blvd. Glen Ellyn, IL



**Program Information:**
If you are spending the majority of your time, energy and frustration on your least productive and most trouble causing employees, then you won't want to miss this workshop. In this 8-hour, one day workshop, you will learn **what** games are actually being played and the **why** problem employees are motivated to play these games. Special emphasis will be placed on addressing gossip and rumors with positive and productive strategies. You will also learn how to turn many of the negatives into positives for your team.

Fee $125.00
8:00am to 4:00pm

**Topics Include:**
- How to strengthen your team in spite of problem employees
- How to interpret body language and other communication concepts
- Problem employee behavior and their impact on others
- Gossip and other games
- Modifying the behavior of others
- Get members of the management team on the same page
- Reward productive employees and address problem employees
- Keep your serenity

**Class Comments:**
"Instructor very knowledgeable with useful ideas & practices to implement".

"I usually dislike courses like this but this was actually fun and engaging. Nice job".

"Excellent instructor, engaged class immediately, got everyone comfortable and involved".

**Instructor: Lewis Bender, Ph.D.**
Lewis Bender is Professor Emeritus at Southern Illinois University, Edwardsville. Dr. Bender has researched and taught a wide variety of courses related to management and supervision. He is a specialist in helping teams and organizations to become more effective and efficient. He has conducted seminars and workshops for leadership and operational teams across the U.S. and Canada for over 30 years. Dr. Bender has a Ph.D. in Political Science from the University of Georgia, and a Masters Degree from Wayne State University.

To register contact SLEA (630) 942-2677 or online www.cod.edu/slea
To remove your fax number call (630) 942-2677 or email russoc@cod.edu