**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOAN NEBEL,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKTON COMMUNITY COLLEGE,<br><br>    Defendant. | Case No. 1:16-cv-04613<br>Judge Sharon Johnson Coleman<br>Magistrate Judge Maria Valdez |

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, Plaintiff JOAN NEBEL ("Plaintiff") and Defendant OAKTON COMMUNITY COLLEGE (the "College" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned proceeding be and is hereby dismissed as against the Defendant, including without limitation, all claims which Plaintiff has asserted or could have asserted against the Defendant, with no award of attorneys' fees or costs by the Court to any party. The Case is dismissed without prejudice and with leave to reinstate on or before December 1, 2017. In the event a motion to reinstate is not filed on or before December 1, 2017, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Jessica Fayerman<br>Jessica Fayerman (6286140)<br>FAYERMAN LAW, LLC<br>1 E. Wacker Dr., Ste. 550<br>Chicago, Illinois 60601<br>jfayerman@fayermanlaw.com<br>Counsel for: Jo An Nebel, Plaintiff | By: /s/ Frank B. Garrett III<br>Frank B. Garrett III (6192555)<br>ROBBINS SCHWARTZ NICHOLAS<br>  LIFTON & TAYLOR, LTD.<br>55 West Monroe Street, Suite 800<br>Chicago, Illinois 60603<br>fgarrett@robbins-schwartz.com<br>Counsel for: Oakton Community College, Defendant |